NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**REMBRANDT GAMING TECHNOLOGIES, LP,**
*Plaintiff-Appellant*

**v.**

**BOYD GAMING CORPORATION, WMS GAMING, INC., LVGV, LLC,**
*Defendants-Appellees*

**NEW CASTLE CORP., RAMPARTS, INC., MANDALAY CORP., CIRCUS CIRCUS CASINOS, INC., VICTORIA PARTNERS, BELLAGIO, LLC, MGM GRAND HOTEL, LLC, THE MIRAGE CASINO-HOTEL, NEW YORK-NEW YORK HOTEL & CASINO, LLC, ARIA RESORT & CASINO HOLDINGS, LLC, CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,**
*Defendants*

_____

2016-2249

_____

Appeal from the United States District Court for the District of Nevada in No. 2:12-cv-00775-MMD-GWF, Judge Miranda M. Du.

_____

**JUDGMENT**

_____

RACHEL ZIMMERMAN SCOBIE, Merchant & Gould P.C., Minneapolis, MN, argued for plaintiff-appellant. Also represented by RACHEL C. HUGHEY, CHRISTOPHER C. DAVIS, CHRISTOPHER J. SORENSON, EMILY WESSELS; JEFFREY BLAKE, Atlanta, GA.

TIMOTHY COLIN MEECE, Banner & Witcoff, Ltd., Chicago, IL, argued for defendants-appellees. Also represented by CHRISTOPHER GALFANO, MICHAEL JOSEPH HARRIS, AUDRA CAROL EIDEM HEINZE, BRYAN MEDLOCK, JR.; DAVID P. ENZMINGER, Winston & Strawn LLP, Menlo Park, CA; PATRICK MICHAEL MCCARTHY, Howard & Howard Attorneys, PLLC, Ann Arbor, MI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 21, 2017       /s/ Peter R. Marksteiner
Date               Peter R. Marksteiner
                  Clerk of Court